## RICHARD PATTINSON *versus* FRANÇOIS DUCHARME

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Rule to declare *p. 510; (2) death suggested, proceedings stayed *p. 663.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.